**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ANGELA BERNHARDT,

           Plaintiff - Appellant,

  v.

COUNTY OF LOS ANGELES,

           Defendant - Appellee,

LAURENCE D. RUBIN, Justice of the
California Court of Appeal, Second
Appellate District, Division 8,

           Movant.

No. 09-55534

D.C. No. 2:99-cv-10121-GHK-
PLA

MEMORANDUM [*]

Appeal from the United States District Court
for the Central District of California
George H. King, District Judge, Presiding

Submitted April 7, 2010[**]
Pasadena, California

Before: FERNANDEZ, SILVERMAN, and GRABER, Circuit Judges.

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Angela Bernhardt appeals the district court's grant of summary judgment in favor of Los Angeles County in her 42 U.S.C. § 1983 civil rights action. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm.

The district court did not err by granting summary judgment. Bernhardt's claims for damages and prospective relief are premised on her purported right to transfer her 42 U.S.C. § 1988 right to seek attorney's fees to her attorney. However, she has no such right and any such transfer would be void as a matter of law. *See Pony v. County of Los Angeles*, 433 F.3d 1138, 1144-45 (9th Cir. 2006).

AFFIRMED.